# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| Eric Cruise, | ) | |
| | ) | |
| Plaintiff, | ) | **Civil Case No.** 10-cv-198-RP-TJS |
| **vs.** | ) | |
| | ) | |
| Principal Global Investors, LLC, | ) | |
| Principal Financial Group Inc., | ) | |
| Principal Life Insurance Company, and | ) | |
| Principal Real Estate Investors, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| Denis P. Mullaney, | ) | |
| | ) | |
| Plaintiff, | ) | **Civil Case No.** 10-cv-199-RP-TJS |
| **vs.** | ) | |
| | ) | |
| Principal Global Investors, LLC, | ) | |
| Principal Financial Group Inc., | ) | |
| Principal Life Insurance Company, and | ) | |
| Principal Real Estate Investors, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| Jaime Rose Jover, | ) | |
| | ) | |
| Plaintiff, | ) | **Civil Case No.** 10-cv-200-RP-TJS |
| **vs.** | ) | |
| | ) | |
| Principal Global Investors, LLC, | ) | |
| Principal Financial Group Inc., | ) | |
| Principal Life Insurance Company, and | ) | |
| Principal Real Estate Investors, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| Francisco Carpio,                                   ) | |
| ) | |
| Plaintiff,              ) | **Civil Case No.** 10-cv-201-RP-TJS |
| **vs.**                                                              ) | |
| ) | |
| Principal Global Investors, LLC,             ) | |
| Principal Financial Group Inc.,               ) | |
| Principal Life Insurance Company, and   ) | |
| Principal Real Estate Investors, LLC,      ) | |
| ) | |
| Defendants.        ) | |

## SCHEDULING ORDER AND DISCOVERY PLAN

Counsel have conferred and submit the following case information and proposed dates for case management:

1. Did the parties both (a) enter into an agreement at the Rule 26(f) conference resolving all issues relating to initial disclosures, and (b) discuss the preservation, disclosure, and discovery of electronically stored information? ☒ yes ☐ no

   *If any party objected at the Rule 26(f) conference to making or to the timing of the initial disclosures, then the objecting party must, within 10 days after this order and plan has been filed, serve and file a document in which the objections are set forth with particularity.* If the parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made:  <u>Defendants have already provided Plaintiffs with information to satisfy their initial disclosure obligations, except that they will produce to Plaintiffs any applicable insurance policies within the scope of Fed. R. Civ. P. 26(a)(1)(A)(iv) on or before June 22, 2010.  Plaintiffs agree to provide their initial disclosures to Defendants on or before June 22, 2010.</u>

2. Deadline for Defendants to produce agreed-upon documents to Plaintiffs:  <u>The later of 14 days following the Court's entry of (i) the parties' Agreed Order on Consolidation, and (ii) the parties' Stipulated Order Governing the Disclosure of Confidential Information.</u>

3. Deadline for Plaintiffs to file a Consolidated Amended Complaint:  <u>45 days following Defendants' production of documents to Plaintiffs per Paragraph 2 above.</u>

4. Deadline for Defendants to respond to the Consolidated Amended Complaint:  <u>60 days after Plaintiffs file the Consolidated Amended Complaint.  If Defendants file a motion to dismiss, Plaintiffs' response will be due 60 days after Defendants file the motion, and Defendants' reply will be due 30 days after Plaintiffs file their response.</u>

5. <u>Deadline for Plaintiffs to move for class certification: 60 days after the Court rules on Defendants' motion to dismiss.  If Plaintiffs file a motion for class certification,</u>

<ins>Defendants' response will be due 60 days after Plaintiffs file the motion, and Plaintiffs' reply will be due 30 days after Defendants file their response.</ins>

6. Deadline for motions to add parties: <ins>150 days after the Court rules on Defendants' motion to dismiss.</ins>

7. Deadline for motions to amend pleadings: <ins>150 days after the Court rules on Defendants' motion to dismiss.</ins>

8. Expert witnesses disclosed by:

    a) Plaintiff: <ins>90 days before close of discovery.</ins>
    b) Defendant: <ins>60 days before close of discovery.</ins>
    c) Rebuttal (All Parties): <ins>30 days before close of discovery.</ins>

9. Deadline for *completion* of discovery: <ins>12 months after the Court rules on Defendants' motion to dismiss.</ins>

10. Dispositive motions deadline: <ins>45 days after close of discovery.  Responses to dispositive motions shall be due 60 days after the motions are filed, and replies shall be due 20 days after responses are filed.</ins>

11. Trial Ready Date: <ins>240 days after close of discovery.</ins>

12. Has a jury demand been filed?  ☐ yes  ☒ no

13. Estimated length of trial: <ins> 15 </ins> days

14. Settlement conference (choose one of the following):

    (a) ☐ A court-sponsored settlement conference should be set by the court at this time for a date after: _____; or

    (b) ☒ A court-sponsored settlement conference is not necessary at this time.

15. Should the court order a court-sponsored scheduling and planning conference pursuant to Fed. R. Civ. P. 16(b) and 26(f)?  ☐ yes  ☒ no

16. Do the parties unanimously consent to trial, disposition and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals pursuant to 28 U.S.C. § 636(c)(3)?  ☐ yes  ☒ no

| | |
|---|---|
| */s/ David H. Goldman* | */s/ Brian L. Campbell*              : |
| **David H. Goldman** | **Brian L. Campbell** |
| **Kodi A. Brotherson** | WHITFIELD & EDDY PLC |
| **Michael J. Carroll** | 317 SIXTH AVENUE, SUITE 1200 |
| BABICH GOLDMAN CASHATT & RENZO PC | DES MOINES, IA  50309-4110 |
| 100 COURT AVE, SUITE 403 | Telephone:  (515) 288-6041 |
| DES MOINES, IA  50309-2296 | Facsimile:  (515) 246-1474 |
| Telephone:  (515) 244-4300 | Email: campbell@whitfieldlaw.com |
| Facsimile:  (515) 244-2650 | *LEAD ATTORNEY* |
| Email: dgoldman@babichlaw.com | *ATTORNEY TO BE NOTICED* |
|      kbrotherson@babichlaw.com | |
|      mcarroll@babichlaw.com | |
| *ATTORNEYS TO BE NOTICED* | |
| | |
| *COUNSEL FOR PLAINTIFFS* | |
| | |
| **Cari C. Laufenberg** | **Gregory C. Braden** |
| **Derek W. Loeser** | MORGAN LEWIS & BOCKIUS (WDC) |
| **David Steven Preminger** | 1111 Pennsylvania Avenue NW |
| KELLER ROHRBACK L.L.P. | WASHINGTON, DC  20004 |
| 1201 Third Avenue, Suite 3200 | Telephone:  (202) 739-3000 |
| Seattle, WA  98101-3052 | Facsimile:  (202) 739-3001 |
| Telephone:  (206) 623-1900 | Email: gbraden@morganlewis.com |
| Facsimile:  (206) 623-3384 | *PRO HAC VICE* |
| Email: dloeser@kellerrohrback.com | *ATTORNEY TO BE NOTICED* |
|      claufenberg@kellerrohrback.com | |
| *PRO HAC VICE* | |
| | |
| **Gary A. Gotto** | **Deborah S. Davidson** |
| **James A. Bloom** | MORGAN LEWIS & BOCKIUS LLP (IL) |
| **Ron Kilgard** | 77 W. Wacker Drive |
| KELLER ROHRBACK L.L.P. | Chicago, IL  60601-5094 |
| 3101 N. Central Avenue | Telephone:  (312) 324-1159 |
| Suite 1400, National Bank Plaza | Facsimile:  (312) 324-1001 |
| Phoenix, AZ 85012 | Email: ddavidson@morganlewis.com |
| Telephone:  (602) 248-0088 | *PRO HAC VICE* |
| Facsimile:  (602) 248-2822 | *ATTORNEY TO BE NOTICED* |
| Email: ggotto@krplc.com | |
| *PRO HAC VICE* | |
| *ATTORNEYS TO BE NOTICED* | |
| | |
| *INTERIM LEAD COUNSEL FOR PLAINTIFFS* | |

| | |
|---|---|
| **Emily Madoff**<br>**Lester L. Levy, Sr.**<br>**Andrew Eugene Lencyk**<br>**James Kelly-Kowlowitz**<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, NY  10022<br>Telephone:  (212) 759-4600<br>Facsimile:  (212) 486-2093<br>Email:  emadoff@wolfpopper.com<br>           llevy@wolfpopper.com<br>           alencyk@wolfpopper.com<br>           jkowlowitz@wolfpopper.com<br>*ATTORNEYS TO BE NOTICED*<br><br>*COUNSEL FOR PLAINTIFFS CRUISE AND CARPIO* | **Nicole A. Diller**<br>MORGAN LEWIS & BOCKIUS LLP (CA)<br>One Market, Spear Street Tower<br>San Francisco, CA  94105-1596<br>Telephone:  (415) 442-1000<br>Facsimile:  (415) 442-1001<br>Email: ndiller@morganlewis.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Jeffrey I. Carton**
**Jerome Noll**
MEISELMAN DENLEA PACKMAN
CARTON & EBERTZ PC
1311 Mamaroneck Avenue
White Plains, NY  10605
Telephone:  (914) 517-5000
Facsimile: (914) 517-5055
Email: jcarton@mdpcelaw.com
         jnoll@mdpcelaw.com
*ATTORNEYS TO BE NOTICED*

*COUNSEL FOR PLAINTIFF JOVER*

## JUDGE'S REVISIONS

The deadline in Paragraph _____ is changed to _____.

The deadline in Paragraph _____ is changed to _____.

The deadline in Paragraph _____ is changed to _____.

**IT IS ORDERED** that this proposed Scheduling Order and Discovery Plan _____ is _____ **is not** approved and adopted by this court.

**IT IS FURTHER ORDERED** that a scheduling and planning conference:

    \_\_\_\_ will not be scheduled at this time.

    \_\_\_\_ will be held in the chambers of Judgeat _____ at the U.S. Courthouse in_____, Iowa, on the _____ day of _____, at _____o'clock, \_\_\_\_. m.

    \_\_\_\_ will be held by telephone conference, initiated by the court, on the _____ day of _____, at _____ o'clock, \_\_\_\_.m.

DATED this _____ day of _____.

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that this case is referred to a U.S. Magistrate Judge for the conduct of all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and the consent of the parties.

DATED this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE