EXHIBIT 1

# PRINCIPAL U.S. PROPERTY ACCOUNT
2004 ANNUAL REPORT

**Principal**
Global
Investors

D-ERISA-000001

# PRINCIPAL U.S. PROPERTY ACCOUNT



## BACKGROUND

Starting in 1982, The Principal Financial Group® (The Principal®)[1] U.S. Property Account (the Account) has been offered to clients as an open-end, commingled real estate fund sponsored by Principal Life Insurance Company and managed by Principal Real Estate Investors.   The Account is a diversified real estate equity fund consisting primarily of high quality, well-leased real estate properties in the multi-family, industrial, office, and retail sectors.  The Principal U.S. Property Account is available to qualified retirement plans and is open to contributions and withdrawals daily.

## PHILOSOPHY

The Principal U.S. Property Account is a real estate fund designed to have a low to moderate risk profile compared to other open-end real estate funds.  This risk profile has two perspectives: 1) a low to moderate real estate property risk profile, and 2) a low to moderate risk fund-level operating profile.  Low to moderate real estate property risk is accomplished by investing primarily in wholly owned, well-leased properties on an unleveraged basis.  Low to moderate fund-level risk is accomplished by operating with a strong liquidity focus, client diversification, and limited fund-level obligations, such as forward commitments.  As a result, the Account has never experienced a withdrawal queue.

## OBJECTIVE

The Principal U.S. Property Account has three primary objectives: 1) maintain a well-diversified real estate portfolio that reflects the overall performance of the U.S. commercial real estate market, 2) maintain appropriate liquidity so that clients can make daily contributions or withdrawals, and 3) provide clients with private real estate returns that meet or exceed the National Council of Real Estate Investment Fiduciaries (NCREIF) Property Index. These returns are to be delivered at a risk level lower than or equal to other open-end real estate funds as measured by the volatility of annual returns.

[1]The Principal U.S. Property Account is a commingled separate account managed by Principal Real Estate Investors, LLC, and which is maintained by Principal Life Insurance Company as the Principal U.S. Property Separate Account.  It is available through group annuity contracts of Principal Life Insurance Company.

D-ERISA-000002

## 2004 HIGHLIGHTS

# PORTFOLIO SUMMARY (12/31/2004)

| Net Assets: | $3.11 billion | Properties: | 134 |
|---|---|---|---|
| Gross Assets: | $3.63 billion | MSAs*: | 40 |
| Leverage (Fund and Property): | 15% of fund | Year End Cash Balance: | 4% |

* Metropolitan Statistical Area

### PROPERTY TYPE PROFILE[1]



### GEOGRAPHIC PROFILE[1]



- ● **MULTI-FAMILY:** **25%**
- ● **OFFICE:** **29%**
- ● **INDUSTRIAL:** **22%**
- ● **RETAIL:** **24%**

- ● **EAST NORTH CENTRAL:** **11%**
- ● **WEST NORTH CENTRAL:** **7%**
- ● **MIDEAST:** **5%**
- ● **NORTHEAST:** **16%**
- ● **MOUNTAIN:** **9%**
- ● **PACIFIC:** **31%**
- ● **SOUTHEAST:** **12%**
- ● **SOUTHWEST:** **9%**

## RETURNS

Fund returns were above expectations for the year at 13.8%. This return was comprised of income of 6.1% and appreciation of 7.4%.[2]

## ACTIVITY

Investment activity and commitments totaled approximately $1.17 billion as the Principal U.S. Property Account purchased 16 properties valued at $1.0 billion, sold 13 properties valued at $134 million, and entered into new developments and forward commitments of $31 million. Fund leverage decreased to 15% at year-end.

[1]Based on consolidating a pro rata share of the single shared control JV and 100% of the controlled JVs.
[2]Income and appreciation returns do not sum to total return due to the chain linking of quarterly returns.

D-ERISA-000003



1540 BROADWAY
NEW YORK, NY

3

D-ERISA-000004

## 2004 HIGHLIGHTS

### CLIENTS

The Account had over 13,500 retirement plans as clients at the end of 2004, including 64 institutional clients with investments of $5 million or more.

### FUND GROWTH

The Account grew by $1.09 billion in 2004, ending the year at $3.11 billion in net assets.

### ACCOUNT ACTIVITIES

- The fund return for the year was 13.8%, the highest annual return in 20 years.

- The Account income return was 6.1%, below target, due primarily to capitalization rate compression, the acquisition of three large value-added properties during the year and higher than expected cash balances.

- The Account appreciation return was 7.4%, above target, as investor interest in the real estate asset class continued to strengthen in 2004, decreasing capitalization rates and increasing property values.

- The Account acquired 16 properties for $1.0 billion. These properties were purchased at a 7.6% weighted average stabilized capitalization rate.

- Thirteen properties were sold for approximately $134 million, including six partial sales. These properties were sold at a 16% premium to carrying values.

- One warehouse development project in Fife, WA was initiated with a total capital commitment of $15.2 million.



CARVER ROAD
BUSINESS CENTER
PHOENIX, AZ

4

D-ERISA-000005

## 2004 HIGHLIGHTS

### PRIVATE REAL ESTATE RETURNS
(for periods ending 12/31/2004)*



● Principal U.S. Property Account    ● NCREIF Property Index

### FUND RETURNS
(for periods ending 12/31/2004)



*Unlevered property-level returns are shown to allow comparison to the NCREIF Property Index, a private real estate market proxy that is based on unlevered property-level returns, but does not include portfolio management fees and expenses. Subtracting portfolio management fees and expenses from these property-level returns would reduce returns to our clients over time. Past performance is not necessarily an indicator of future results. Performance shown is time-weighted, and returns are annualized.

5

D-ERISA-000006

# PORTFOLIO MANAGER COMMENTARY

The Principal U.S. Property Account enjoyed a positive year in 2004 on multiple fronts. The Account delivered strong nominal and competitive relative performance, enhanced asset and client diversification through considerable account growth, and advanced a rebalancing of property type weightings.

The Account generated a 13.8% return in 2004, the highest annual return in 20 years. Private equity real estate continued to benefit from capital market tailwinds, as investor interest for the asset class remained robust and was accompanied by improving real estate space markets throughout the year. This investor pursuit of private property resulted in strong appreciation for the asset class, particularly for high quality, stabilized properties that comprise the majority of the portfolio.

While the nationwide space markets improved throughout the year, the Account increased portfolio occupancy to 89% and gained nearly 1.6 million square feet of net absorption in a competitive leasing environment in 2004. However, year-end occupancy was slightly below projections due to the acquisition of three value-added properties with high vacancies, one in the second quarter and two in the fourth quarter.

The Account's net asset value grew by more than $1 billion in 2004, to $3.1 billion. Considerable interest from both defined benefit and defined contribution investors resulted in net investment activity of $774 million, and improved client diversification. Investment activity and commitments exceeded $1.1 billion in 2004, including $1.0 billion of acquisitions.

The gross asset value of the Account totaled $3.6 billion at year-end. With 134 properties in 40 markets across the country, the Account continues to offer excellent diversification to investors. The Account's overall debt obligations equaled 15% of assets at year-end. The Account's debt positions positively impacted performance for the year.

The high volume of portfolio transaction activity allowed a shift in the Account's property type positions in 2004. The largest impact to the portfolio was in office, moving from 20% to 29% of the portfolio during the year. This move occurred as office-using employment in the United States increased in 2004. With further employment gains anticipated in the office sector, we expect to continue to acquire high quality office properties in 2005, but remain underweighted to the sector compared to our benchmark, the NCREIF Property Index.

D-ERISA-000007

## PORTFOLIO MANAGER COMMENTARY

We also expect to be active buyers of high-quality industrial, retail and multi-family properties in 2005, particularly in urban, infill locations. We will capitalize on aggressive investor interest with dispositions of less competitive properties and strategic sales when pricing imbalances occur in the marketplace. Overall, only minor rebalancing of the Account's diversification by property type is anticipated in 2005, with expected increases in the office sector to be offset by small reductions in the other property sectors.

The tailwinds that propelled appreciation in the real estate sector are expected to diminish in 2005. While we expect investor interest in the asset class to remain healthy, we anticipate only modest appreciation in the Account during 2005. Portfolio occupancy should benefit from further improvement in the economy. As a result, total Account returns are projected to be lower than those achieved in 2004, but still competitive relative to market benchmarks.

Thank you for your support and consideration of the Principal U.S. Property Account. We look forward to working with you in the future.

John T. Berg

Principal U.S. Property Account Team



Steve Repertinger, Jennifer Jacobson, John Berg, Ted McWilliams

7

D-ERISA-000008

## ECONOMIC COMMENTARY

The mood throughout much of 2004 left many wondering about the strength of the economic recovery.  Employment growth showed promise early in the spring before weakening in the summer and fall.  The tone of the Presidential election and the continuing conflicts in Iraq and Afghanistan also weighed heavily on the psyche of the American public.

Despite this, 2004 was clearly a year of economic recovery.  Gross domestic product growth for the year was an impressive 4.4%.  GDP growth was more balanced than in 2003, with growth supported by consumer spending, business investment, government spending and exports.  The economy eventually created 2.2 million jobs, although job growth was unbalanced geographically and many major markets remain below peak employment levels.

In 2005, the U.S. economy is expected to be an economy in transition, characterized by three key transitional elements:

- A transition from a strong but sector-imbalanced recovery to a period of steady and more sector-balanced economic growth.  Projected economic growth of 3.5% is expected to be less dependent on consumer spending. Business spending, state and local government spending and exports should all contribute a larger percentage to growth.
- A transition from a period of strong monetary and fiscal stimulus to a period of less accommodative monetary policy and slower growth in Federal government spending, due to budget deficits.
- A transition from a jobless recovery to a period of stronger but still uneven job growth.  As of February 2005, national employment has regained its peak level, but 40% of U.S. markets are still expected to have employment below 2001 levels at year end.

There are a number of downside risks that could adversely affect the outlook for steady and sustained U.S. economic growth.  First, there is some risk of a much more significant retrenchment in consumer spending than anticipated, especially if there were a major and widespread correction in home prices or a sustained surge in oil prices well beyond the $50 per barrel level.  Secondly, inflation could increase more than anticipated, leading to more aggressive tightening by the Federal Reserve and reduced economic activity at both the consumer and business levels.  Lastly, geopolitical uncertainties have increased materially since 2001, with the ever-present risk that a major terrorism event could significantly interrupt economic growth.

### ECONOMIC GROWTH



Source: Economy.com

D-ERISA-000009

## REAL ESTATE MARKET CONDITIONS

In a reversal of the trends that defined 2002 and 2003, the uncertainties facing the space markets have started to decrease while capital market uncertainties are beginning to increase. In the real estate space markets, fundamentals have bottomed and begun to recover in most property types and markets. Improved corporate earnings have led to an increase in business spending and net leasing activity. Job growth, while expected to be uneven over the near term, is clearly moving in a positive direction. These factors are expected to have a positive impact on space markets in 2005.

In the capital markets, real estate continues to attract significant amounts of capital from investors as secular forces persist. Among these are demographically-driven investor demand for income and value stability, a more permanent role for real estate in institutional asset allocation models, improved real estate debt market risk management, increased global capital market flows to U.S. real estate, and increased ease of investor access to real estate. Spurred by investor demand, private market equity transactions reached $178 billion in 2004, almost double recent historical averages. High levels of sales transactions will likely have some longevity, given numerous investor segments that remain underinvested relative to real estate targets. In addition, since real estate is a small asset class relative to stocks and bonds, it is conceivable that significant amounts of capital could continue to sector rotate towards real estate, if market uncertainties continue to create volatility in other asset classes.

However, signs of change are beginning to emerge in the capital markets. Renewed employment growth and signs of emerging inflation have led to increasing short-term interest rates and a flattening yield curve. There are also some signs of resistance to further capitalization rate compression, despite improving space market fundamentals. After declining sharply during the past two years, capitalization rates for most property types and markets are reaching a point of resistance to further declines, given narrowed margins over risk-free rates. However, there are only limited signs of upward pressure on capitalization rates, and the likelihood of significant, broad-based increases is low. This is due to the continuing weight of capital flows, the likelihood that interest rates will remain relatively low from a historical perspective, and improving space market fundamentals.



**CAPITALIZATION RATES**

Source: NCREIF

D-ERISA-000010

# PROPERTY TYPE AND ALLOCATION COMMENTS

| Property Type | Principal U.S. Property Account Current Exposure | NCREIF Property Index | Principal U.S. Property Account Desired Range |
|---|---|---|---|
| Multi-family | 25% | 20% | 15%-25% |
| Industrial | 22% | 19% | 20%-30% |
| Office | 29% | 38% | 30%-40% |
| Retail | 24% | 23% | 15%-25% |

## MULTI-FAMILY

The multi-family property type continued to deliver solid returns in 2004, with value appreciation playing a major role.  The significant amount of capitalization (cap) rate compression took this property type to the lowest absolute cap rate level of the four core property types.  Yet, investors continue to want apartments in their portfolios due to the property type's historically low volatility and high total returns.  Heightened demand from buyers desiring to convert for-rent complexes to lucrative for-sale condominiums also contributed to the jump in property prices.  Historically low interest rates continued to play a factor in apartment pricing as low rates allowed local, private investors to purchase apartments by using floating rate debt.  Although investors are paying higher prices, debt service payments are still covered by property cash flow given the continued low interest rate environment.

As prices were appreciating, the fundamental supply and demand levels for multi-family were also slightly improving over the course of 2004 due to job growth and household formation growth, which are both anticipated to strengthen in 2005.  While low interest rates have aided apartment pricing, they have also hurt apartment demand by allowing would-be renters to purchase homes.  However, net absorption appears to be slowly moving in a positive direction and, while the near-term space market outlook is improving, long-term fundamentals look even more attractive given the anticipation of strong population growth and the large group of echo boomers just beginning to enter the work force and form households.  Signs of declining rent concessions have begun in some markets and effective rents are starting to show signs of stabilizing.

The Account plans to maintain a neutral weighting to multi-family.  Sub-strategies for multi-family include:

- Acquiring and developing properties in urban, in-fill neighborhoods where lifestyle preferences are creating more demand for closer-in apartment locations.
- Pursuing apartment to condominium conversions.
- Selling suburban properties where increased supply has created commodity apartment communities for renters.

D-ERISA-000011



VERANDAH AT GRANDVIEW HILLS
AUSTIN, TX

D-ERISA-000012

## PROPERTY TYPE AND ALLOCATION COMMENTS

## INDUSTRIAL

During 2004, industrial leasing activity gained momentum and vacancy rates moved downward, but year-end conditions were still weak by historical standards.   Despite space market weakness, buyer demand remained strong and market cap rates continued to decline, boosting property values and returns.  However, a shortage of high quality acquisition opportunities and industrial properties' relatively small values have made it difficult for most investors to materially increase their industrial weightings.

Warehouse has historically been one of the first property types to recover after periods of economic weakness.  Market conditions are expected to further improve in 2005, and continued strength of investor demand is likely to support values.  However, this warehouse recovery may be slightly more extended than in historical cycles.  The ongoing business push to reduce costs has led to improvements in logistics management that could reduce tenants' need for additional space.  Further, despite space market weakness, some amount of new construction is likely to continue. Strong investor demand for warehouse assets is spurring development, as is the possibility that many space users will require new, larger, more efficient buildings that provide economies of scale. In the near term, investor interest and tenant leasing activity is expected to emphasize a select group of primary markets that play a key role in the global distribution of goods.  These markets typically have easy access to ports, airports, rail hubs, and highway systems that facilitate easy distribution and can serve a large portion of the U.S. population within one day's drive.

In the near term, the Principal U.S. Property Account seeks to maintain a modest overweighting to the industrial property type.  Industrial substrategies include:

- Investing primarily in the warehouse sub-sector, acquiring higher finish industrial properties when substantial yield premiums exist.
- Acquiring functional warehouse properties in land-constrained areas with high population growth, and in primary distribution markets expected to benefit from the trend of facility consolidation.
- Undertaking limited development or leasing risk in competitive, land-constrained locations.
- Capitalizing on strong investor demand by selling less functional assets to overzealous buyers.

D-ERISA-000013



MEDLEY LOGISTICS CENTER
MIAMI, FL

13

D-ERISA-000014

## PROPERTY TYPE AND ALLOCATION COMMENTS

### OFFICE

While office rents have declined for the past three years, rents are now showing signs of stabilizing.  This year saw the resumption of business spending and office-using job growth, and a corresponding drop – albeit a small one – in national office vacancy rates.  As a result, investors have become somewhat more optimistic about the office recovery.  Buyers still favor well leased, class A assets in major markets, but rising confidence about the office recovery and continuing pressure to place capital is making investors increasingly willing to invest in secondary markets and in assets with more vacancy.

Office employment is expected to continue to grow in 2005, and net absorption is expected to be positive.  However, in most markets, full recovery is still a number of years away.  With limited potential for short-term income growth or material decreases in cap rates, office returns may lag other property types in the near term.  Also, office's volatility is expected to remain the highest of the four major property types (although perhaps lower than in the past), suggesting that office's risk-adjusted performance may lag as well.  Perhaps the major near-term risk facing the office market is that U.S. productivity growth remains strong, allowing office tenants to maintain or grow their output without hiring more employees and leasing more space.  However, with more and more space users' productivity stretched to the limit, productivity growth is likely to be slower in 2005.  This should produce continuing job growth and net absorption, although individual markets' performance will likely vary considerably.

The Principal U.S. Property Account plans to remain underweighted to office in the near term, with acquisitions limited to those offering attractive risk-adjusted prospects.  Office substrategies for 2005 include:

- Focusing on high quality assets, particularly larger, non-commodity assets possessing a competitive leasing advantage due to location, reputation, or functionality (most lower quality office properties seem relatively less attractive at current prices).
- Taking leasing risk in well located, class A assets in high-growth markets where price discounts compensate for risk.
- Capitalizing on strong investor demand by selling lower quality assets expected to be less competitive in the future.

14



SEAVIEW CORPORATE CENTER
SAN DIEGO, CA

D-ERISA-000016

## PROPERTY TYPE AND ALLOCATION COMMENTS

### RETAIL

Retail returns reached impressive levels in 2004, ending the year as the overwhelming top property type performer of the four main property types. Significant investor demand and sustained strong consumer spending throughout the year helped contribute to the high returns for this property type. However, the past economic conditions supporting consumer spending seem to be coming under a bit of pressure. Increasing energy prices, health care and education costs are beginning to cut into disposable incomes. New home sales are also anticipated to eventually slow as interest rates rise, dampening the pace of home-related durable purchases that have helped fuel the retail market over the past few years. However, these pressures are offset by the positive demographic trends in population growth and the trans-generational wealth transfer benefiting baby boomers who are beginning to inherit a significant amount of wealth. These factors are driving increased personal consumption.

As interest rates and prices for goods and services rise, additional value increases for retail assets will be a challenge, especially for properties with long-term, fixed-rate leases as well as those acquired at a premium as a result of the recent investor frenzy to acquire stable, bond-like retail assets. Going forward, capital appreciation is anticipated to result from rental rate increases and retail sales growth versus further cap rate compression.

Retail space market fundamentals are anticipated to remain strong as supply appears to be disciplined for the short-term. However, an increase in vacancy rates over the longer-term is anticipated given the amount of new supply in the planning stages as well as an expected decline in the long-term rate of absorption as retail tenants re-assess the consumer spending outlook.

Over the near term, the Account plans to maintain a general equal weighting to retail. The Account's retail sub-strategies include:

- Diversifying retail holdings by selectively pursuing non-necessity retail through direct ownership and joint venture structures.
- Continuing to seek necessity retail in supply-constrained markets surrounded by a dense (and growing) population base.
- Pursuing re-merchandising or re-tenanting opportunities within the existing retail portfolio to provide long-term value enhancements.
- Acquiring retail centers in which the income stream can be enhanced in the near term through tenant renewal or re-tenanting of the center.
- Continuing to assess potential retailer credit problems as super centers (Wal-Mart, Target) continue to expand their power and presence.

D-ERISA-000017



NORTH AVENUE COLLECTION
CHICAGO, IL

D-ERISA-000018

## ACQUISITIONS AND DISPOSITIONS

## MARKET OVERVIEW

Investor interest in real estate continued to flourish in 2004 as investors remained attracted to real estate's high and stable income returns.  Current property values resulting from this demand have lowered expected returns going forward.  Investors remain comfortable at these prices as expected returns remain attractive compared to other investment choices.  Cap rates and expected internal rates of return (IRRs) continued their downward trend in most markets for all four property types, as high quality, stabilized product available for sale was far less than investor demand.  Debt capital also remained very inexpensive, allowing leveraged investors to boost equity returns while paying aggressive prices for stable property types, especially in the retail and multi-family sectors.  Investors planning to convert apartment properties to condominiums also played a large role in driving up multi-family pricing as purchase price decisions are being made on lucrative per unit sales price projections versus focusing on return on a for-rent basis.

## 2004 ACTIVITY

Acquisition volume was at an all time high for the Account in 2004.  The Account acquired 16 properties in 13 different markets for approximately $1.0 billion, which equated to an average purchase price of $63 million.  The Account's largest acquisition was a 49% ownership interest of $223 million in an office building in Manhattan, located at 1540 Broadway at Times Square.  This purchase is congruent with our strategy of increasing exposure to major markets where the Account is underweighted and to urban, land-constrained locations.

The Account was active in dispositions as well in 2004, selling 13 properties for $134 million.  These strategic sales were made in an effort to rebalance the portfolio and sell assets where value had peaked.  Dispositions included an office asset in Washington, D.C., acquired for $52 million in the third quarter 2003 and sold for $63.6 million in the fourth quarter of 2004, generating a 27% asset return.  This asset is a prime example of the aggressive capital market pricing occurring in today's market for class A, 100% leased properties in major markets not only of interest to domestic investors, but to foreign investors as well.  Although the original intent was to hold this asset long-term, capital market pricing led to lucrative returns for a sale scenario where we believe asset value for this specific property had peaked.

D-ERISA-000019



PREMIER LOFTS
DENVER, CO

D-ERISA-000020

## ACQUISITIONS AND DISPOSITIONS

### 2004 ACQUISITIONS

The Principal U.S. Property Account acquired over $1 billion of properties in 2004. The Account's average purchase price was approximately $63 million, an increase over the average 2003 purchase price of $36 million. Sixty percent of the year's acquisitions are properties in urban, in-fill locations. In addition, 80% of acquisitions were accessed through one or more of the following channels: 1) direct transaction that was not fully bid in the market, 2) transacting with a seller we have worked with on previous transactions or 3) a pre-existing lending relationship between Principal Real Estate Investors and the seller. In a market currently hosting a multitude of buyers competing for similar product, the Account has benefited from being managed by a large, experienced real estate advisor with strong relationships.

Of the $1.0 billion of assets purchased for the Account, office represented 57%, retail 26%, industrial 12% and multi-family 5%.

| Property # | Property Type | Metropolitan Area | Size | Purchase Price ($ millions) | Stabilized Income Yield |
|---|---|---|---|---|---|
| 242 | Industrial Flex | Atlanta, GA | 229,728 sf | $ 21.5 | 10.4% |
| 244 | Office/Flex/Land | Portland, OR | 1.2 msf & 37 acres | $ 114.6 | 10.0% |
| 251 | Retail | Chicago, IL | 152,785 sf | $ 27.7 | 7.3% |
| 254 | Retail | Denver, CO | 198,197 sf | $ 41.5 | 6.6% |
| 255 | Office | New York, NY | 1,094,572 sf | $ 223.2* | 6.4% |
| 256 | Office | San Diego, CA | 356,428 sf | $ 91.5 | 7.9% |
| 257 | Retail | Minneapolis, MN | 166,033 sf | $ 40.0 | 8.1% |
| 258 | Office | Seattle, WA | 480,392 sf | $ 136.5 | 7.6% |
| 259** | Industrial | Tacoma, WA | 39.5 acres | $ 9.3 | 7.5% |
| 260 | Retail | Ft. Myers, FL | 325,337 sf | $ 72.3 | 7.2% |
| 261 | Industrial Flex | Miami, FL | 81,900 sf | $ 8.2 | 7.4% |
| 263 | Industrial | Miami, FL | 179,670 sf | $ 11.1 | 7.4% |
| 264 | Multi-family | Austin, TX | 536 units | $ 46.0 | 6.4% |
| 266 | Office | Phoenix, AZ | 420,017 sf | $ 46.9 | 9.9% |
| 267 | Industrial | Riverside, CA | 329,267 sf | $ 24.3 | 6.7% |
| 268 | Retail/Office | Chicago, IL | 198,855 sf | $ 89.7 | 6.7% |
| | **16 Purchases** | | | **$1,004.3** | **7.6%** |

*Reflects pro-rata share of gross assets in joint venture investment

**Land for development

D-ERISA-000021

## ACQUISITIONS AND DISPOSITIONS

### 2004 DISPOSITIONS

The Principal U.S. Property Account sold 13 properties in 2004 for $134 million, producing an aggregate gain of 16% over carrying values.  As the Account continues to improve the quality of assets in the portfolio and identifies strategic disposition timing, all asset sales possess one or more of the following sales rationales:

- Use sales process to strategically reduce exposure to selected property types or markets.

- Capitalize on market imbalances to sell properties when premium pricing is available in a market or property type.

- Enhance portfolio quality by selling assets that are in declining locations or showing signs of functional obsolescence.

- Realize profits after a property's business plan has been executed and value maximized.

- Identify reinvestment opportunities for sales proceeds that enhance both property and portfolio level risk-adjusted returns.

| Property # | Property Type | Metropolitan Area | Size | Net Sale Price ($ millions) | Prior Carrying Value | % of Carry Value |
|---|---|---|---|---|---|---|
| 24* | Office (Land) | Nashville, TN | .99 acres | $   0.6 | $   0.3 | 237% |
| 41 | Industrial | Dallas, TX | 261,102 sf | $   5.4 | $   5.9 | 90% |
| 76* | Office | Phoenix, AZ | 14,229 sf | $   2.9 | $   1.9 | 155% |
| 88 | Industrial | Tampa, FL | 121,000 sf | $   4.7 | $   4.9 | 96% |
| 109 | Industrial | Philadelphia, PA | 465,800 sf | $  17.7 | $  15.6 | 113% |
| 129 | Industrial | Columbus, OH | 231,486 sf | $   5.6 | $   5.6 | 100% |
| 144 | Industrial | Atlanta, GA | 275,000 sf | $  10.3 | $   8.5 | 121% |
| 145* | Industrial | Chicago, IL | 103,740 sf | $   6.7 | $   6.3 | 106% |
| 145* | Land | Chicago, IL | 2.48 acres | $   0.9 | $   0.9 | 98% |
| 186* | Multi-family | Nashville, TN | 4 units | $   0.8 | $   0.6 | 133% |
| 207* | Retail (Land) | Miami, FL | 1.71 acres | $   1.2 | $   0.5 | 240% |
| 231 | Office | Washington, D.C. | 158,387 sf | $  63.6 | $  52.4 | 121% |
| 241* | Multi-family | Nashville, TN | 87 units | $  13.3 | $  11.9 | 112% |
|  | **13 Sales** |  |  | **$133.7** | **$115.3** | **116%** |

*Partial sale

### 2005 ACQUISITIONS AND DISPOSITIONS OUTLOOK

Many strategies in place during 2004 will continue in 2005, including an acquisition focus on major markets where the Account is underweighted, urban locations, and high quality properties.  Account activity in 2005 is expected to include:

- Acquisitions of $800 million to $1.2 billion.

- Dispositions of $300 to $400 million.

- Primary acquisition focus on urban, high quality properties in all property types, with the most activity likely in office.

- Downsized exposure to smaller suburban office and industrial properties.

21

D-ERISA-000022

# VALUE-ADDED PROPERTIES

Contrary to expectations, the Account's value-added properties underperformed its core property holdings, producing an unleveraged return of 9.5% in 2004. Risk in the value-added portfolio is predominantly leasing risk, as development exposure remains limited. Net leasing activity was positive, with approximately 643,000 square feet of net absorption. Value-added returns were negatively impacted by a value write-down in the Denver central business district (CBD) office asset, which reflected significant submarket weakness. In addition, the performance of the large New York office property purchased in mid-2004 was flat, reflecting a low income return and investor preference for fully leased assets. Given this asset's appealing location and healthy tenant interest at year-end, we remain optimistic that this asset will experience significant leasing activity and resulting appreciation in 2005.

During the year, the Account acquired nearly $400 million of value-added assets, and sold or leased approximately $65 million of value-added properties. As a result, year-end exposure to value-added investments increased to $565 million, or 15% of real estate assets. While high by historical standards, well over half of this amount represents "leasing opportunity" assets acquired during 2004 that are over 70% occupied. Only a modest amount of leasing will be required to stabilize these properties, which are predominantly class A assets in strong locations. We remain optimistic that investors will be compensated with attractive risk-adjusted returns produced by the value-added sub-strategy in 2005. These assets were prudently selected with a bias towards acquiring below reproduction cost as well as focusing on office markets which are beginning to display positive office employment growth.

| Property # | Year Purchased | Property Type | Metropolitan Area | Current Value ($ millions) | Ending Occupancy | 2004 Return |
|---|---|---|---|---|---|---|
| 144 | 2002 | Industrial Flex | Atlanta, GA | - | N/A | 23.3% |
| 145 | 2000 | Industrial Flex | Chicago, IL | - | N/A | 8.3% |
| 163 | 2002 | Multi-family | Denver, CO | $ 48.4 | 52% | 14.3% |
| 167 | 2001 | Office | Denver, CO | $ 12.5 | 51% | -16.7% |
| 173 | 2001 | Industrial | Baltimore, MD | $ 9.6 | 100% | 12.5% |
| 186 | 2002 | Multi-family | Nashville, TN | - | N/A | 9.6%* |
| 189 | 2002 | Industrial | Atlanta, GA | $ 8.0 | 46% | 1.1% |
| 191 | 2003 | Industrial | Atlanta, GA | $ 11.2 | 53% | 10.5% |
| 209 | 2003 | Condominium | San Francisco, CA | $ 20.0 | N/A | 17.9% |
| 210 | 2003 | Multi-family | Boston, MA | $ 35.8 | N/A | 0.1% |
| 214 | 2003 | Office | Austin, TX | $ 23.0 | 98% | 26.6% |
| 241 | 2000 | Multi-family | Nashville, TN | $ 3.2 | 57% | 45.9% |
| 244** | 2004 | Office, Industrial, Land | Portland, OR | $ 69.5 | 44% | 1.1%* |
| 255*** | 2004 | Office | New York, NY | $223.3 | 72% | 2.1%* |
| 257 | 2004 | Retail | Minneapolis, MN | $ 40.0 | 78% | 4.9%* |
| 259 | 2004 | Industrial | Tacoma, WA | $ 13.7 | N/A | 0.2%* |
| 266 | 2004 | Office | Phoenix, AZ | $ 47.0 | 71% | 0.2%* |
| | | Totals | | $565.0 | 63% | 9.5% |

*Partial year return (3 quarters or less)
**Value and return reflects non-stabilized portions of investment only
***Reflects The Principal U.S. Property Account's pro rata share of asset in joint venture investment

22



RESIDENCES AT KENDALL SQUARE
CAMBRIDGE, MA

| Year 2004 Risk(s) | Comments |
|---|---|
| Leasing | Sold |
| Leasing | Build and sell strategy; last building sold in fourth quarter |
| Development, Leasing | Construction completed mid-2004; leased to 52% occupancy |
| Leasing | Very weak market conditions; considering sale in 2005 |
| Leasing | Leased to 100% occupancy in 2004 |
| Condominium conversion | Remaining condominiums (converted from apartments) sold in first quarter |
| Leasing | Slow leasing activity in submarket |
| Leasing | Slow leasing activity in submarket; building leased to 53% during 2004 |
| Development | Condominium development next to SBC Park in San Francisco |
| Development | Apartments being constructed in Cambridge, MA |
| Leasing | Purchased vacant in 2003; leases signed to 98% occupancy in May 2004 |
| Condominium conversion | Apartments converted to condominiums in 2004 |
| Leasing | Office and flex park; plan to sell majority of buildings over next five years |
| Leasing | Class A Manhattan office purchased 72% leased; good tenant interest |
| Leasing | Mixed-use project (primarily retail) in Uptown area of Minneapolis |
| Development | Two-phase development; construction on first phase began August 2004 |
| Leasing | Purchased 38% leased in November; new leases bring occupancy to 71% |
|  |  |

23

D-ERISA-000024

## OTHER INVESTMENT ACTIVITY

### LEVERAGE

During 2004, the Principal U.S. Property Account paid off (at par) $58 million of fixed-rate debt averaging a 7.28% interest rate, and added $209 million of new fixed-rate debt averaging a 5.27% interest rate.  However, due to Account growth, the Account's leverage ratio dropped slightly to 15%.  During 2005, the Account intends to add limited amounts of additional debt, moving toward a target leverage ratio of 20%. In addition, reflecting its growing client base and correspondingly greater liquidity needs, the Account replaced its $150 million line of credit with an expanded $200 million line in 2004.  This $200 million line has an "accordion" feature allowing the Account to expand the facility to $300 million if necessary.

### JOINT VENTURES

The Principal U.S. Property Account entered into three new joint ventures in 2004:

- A class A office asset at Times Square in midtown Manhattan
- A warehouse development in the Tacoma, Washington area
- A regional lifestyle retail center in Fort Myers, Florida

Total joint venture exposure at year-end was 19%.*   The Account manages partnership risk by controlling all joint ventures except for one, in which it shares control with its partner.

*Based on consolidating a pro rata share of the single shared control JV and 100% of the controlled JVs.



BELL TOWER SHOPS
FORT MYERS, FL

24

D-ERISA-000025

# PROPERTY PERFORMANCE AND OPERATIONS

Over the course of 2004, the Account successfully gained occupancy, absorbing over 1.5 million net square feet in a very competitive leasing market.  Aiding in occupancy gains were slight improvements in national space market fundamentals (supply and demand) for the office, apartment and industrial property types, with office and industrial net absorption narrowly exceeding new supply for the first time since 2000.  Although national retail vacancy rates slightly increased during 2004, Account retail occupancy sustained a high level throughout the year.

An income return of 6.6% was projected for 2004, reflecting continued space market weakness in many sectors, the Account's overweighting to the low-income returns of the multi-family property type, and its exposure to value-added investments such as development and "leasing risk" properties that produce attractive long-term returns, but generate little or no current income.  Actual income of 6.1% fell short of this projection due primarily to greater than expected property value gains, which boosted total returns but reduced income returns, the acquisition of three large value-added properties, and higher than expected cash balances. Value gains and fund returns exceeded projections largely due to strong investor interest in well-located and leased properties, which generated large appreciation gains for the Account.

| Property Type | 2004 Return (Unleveraged) |
|---|---|
| Industrial | 13.4% |
| Office | 10.8% |
| Multi-family | 12.5% |
| Retail | 20.0% |
| **Total** | **13.7%** |

Retail was the dominant leader of 2004 property-type returns, reflecting the stable, well-leased nature of the Account's retail holdings.  However, while the Account is slightly overweighted to retail, it lacks exposure to regional and super regional malls, which have been the best performing property subtypes over the one-year time period.  The Account has chosen to diversify its retail holdings throughout various markets, rather than concentrate its investments in large mall properties.

Industrial returns were driven primarily by value gains in newer, well-leased warehouse assets in land-constrained markets, and apartment assets experienced appreciation across the country.  The Account's office properties experienced appreciation primarily in well-leased properties in major market infill locations, supporting the continued desire to gain exposure to quality office assets that fit this profile.

D-ERISA-000026

## PROPERTY PERFORMANCE AND OPERATIONS

Looking ahead to 2005, leasing activity is anticipated to slowly gain momentum as space markets solidify, with the Account making a moderate occupancy gain over the course of the next year.  However, occupancy gains are not anticipated in all markets as the economic recovery has led to the strengthening of certain markets, with others still expected to lag over the near term.

| Specific Goals | 2004 Goal | 2004 Actual | 2005 Goal |
|---|---|---|---|
| Fund Return | 8.5% | 13.8% | 8.0% |
| Fund Income Return | 6.6% | 6.1% | 6.0% |
| Same-Store Property Income Growth | 3.0% | 1.2% | 2.0% |
| Portfolio Occupancy | 90% | 89% | 91% |
| Net Leasing Activity | 570,000 sf | 1,563,535 sf | 730,000 sf |
| Value-Added Property Returns (unlevered) | 11.0% | 9.5% | 11.0% |

# INVESTMENT MANAGER BACKGROUND

Principal Global Investors is a diversified asset management organization and a member of the Principal Financial Group.  Principal Global Investors manages $137 billion in assets primarily for retirement plans and other institutional clients, and draws from the expertise of over 380 investment professionals. The firm offers a broad range of investment capabilities, including equity, fixed income and real estate investments as well as specialized overlay and advisory services.

Principal Global Investors' dedicated real estate group, Principal Real Estate Investors, manages $28 billion in commercial real estate assets. The firm's capabilities include commercial mortgage-backed securities, real estate equity securities and a broad range of private market real estate equity and debt alternatives. Principal Real Estate Investors is the fourth largest institutional real estate manager in the United States based on tax-exempt assets under management.[1]  The firm's greatest strength is its experienced staff and depth of resources, including 180 real estate investment professionals.  These professionals are supported by a large, diverse staff of specialized real estate administration and operations personnel.

[1]Pensions & Investments magazine annual survey of real estate managers, Oct. 18, 2004.

D-ERISA-000027

## PRINCIPAL REAL ESTATE INVESTORS



Pat Halter
Chief Executive Officer



Randy Mundt
President and
Chief Investment Officer



Frank Schmitz
Managing Director and
Head of Real Estate Equity



John Berg
Portfolio Manager
U.S. Property Account



Jennifer Jacobson
Assistant Portfolio Manager
U.S. Property Account



Steve Repertinger
Assistant Portfolio Manager
U.S. Property Account



Dick Hibbs
Executive Director
Sales and Marketing



Jon Jacobson
Managing Director
Asset Management



Rod Vogel
Managing Director
Equity Production



Ted McWilliams
Director
Appraisal Services



Andy Warren
Director
Research



Christy White
Senior Regional Equity
Controller

27

D-ERISA-000028



PLAZA PASEO
SAN DIEGO, CA

28

D-ERISA-000029

# INDEPENDENT AUDITORS' REPORT

**TO THE ACCOUNT MANAGEMENT AND CONTRACTHOLDERS**
**PRINCIPAL LIFE INSURANCE COMPANY U.S. PROPERTY SEPARATE ACCOUNT**
**DES MOINES, IOWA**

We have audited the accompanying consolidated statements of assets and liabilities of Principal Life Insurance Company U.S. Property Separate Account ("USPSA") as of December 31, 2004 and 2003 and the related consolidated statements of operations, changes in net assets, and of cash flows and the financial highlights (included in Note 8) for the years then ended, including the consolidated schedule of investments as of December 31, 2004. These consolidated financial statements and financial highlights are the responsibility of USPSA's management. Our responsibility is to express an opinion on these consolidated financial statements and financial highlights based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of USPSA's internal control over financial reporting. Accordingly, we express no such opinion. An audit also includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, such consolidated financial statements and financial highlights referred to above present fairly, in all material respects, the consolidated financial position of USPSA as of December 31, 2004 and 2003, and the consolidated results of its operations, its cash flows, changes in its net assets, and financial highlights for the years then ended, in conformity with accounting principles generally accepted in the United States of America.

As discussed in Note 1 to the consolidated financial statements, the Company adopted the American Institute of Certified Public Accountants Audit and Accounting Guide "Audits of Investment Companies" as of January 1, 2004.

*Deloitte & Touche LLP*

Des Moines, Iowa
January 28, 2005

D-ERISA-000030

# PRINCIPAL LIFE INSURANCE COMPANY
# U.S. PROPERTY SEPARATE ACCOUNT

## CONSOLIDATED STATEMENTS OF ASSETS AND LIABILITIES
## DECEMBER 31, 2004 AND 2003

| ASSETS | 2004 | 2003 |
|---|---|---|
| Investments at fair value: | | |
| Real estate investments at estimated fair value | | |
| (cost:  2004 - $3,074,818,055; 2003 - $2,327,386,551) | $3,359,771,000 | $2,410,968,000 |
| Investment in real estate joint venture | | |
| at estimated fair value | | |
| (cost:  2004 - $85,047,000; 2003 - $0) | 85,146,926 | - |
| Short term investments at quoted fair value | | |
| (cost:  2004 - $145,636,503; 2003 - $48,490,976) | 145,636,503 | 48,490,976 |
| Total investments at fair value | | |
| (cost:  2004 - $3,305,501,558; 2003 - $2,375,877,527) | 3,590,554,429 | 2,459,458,976 |
| | | |
| Cash | 9,958,327 | - |
| Accrued investment income and other assets | 27,432,140 | 15,763,831 |
| | | |
| Total assets | 3,627,944,896 | 2,475,222,807 |
| | | |
| **LIABILITIES** | | |
| | | |
| Long-term debt | 425,648,256 | 410,015,710 |
| Accounts payable and accrued expenses | 33,966,073 | 16,966,850 |
| Accrued property taxes | 17,907,218 | 11,739,296 |
| Security deposits | 9,759,741 | 7,619,588 |
| | 487,281,288 | 446,341,444 |
| Minority interest | 34,535,692 | 9,595,401 |
| | | |
| Total liabilities | 521,816,980 | 455,936,845 |
| | | |
| NET ASSETS | $3,106,127,916 | $2,019,285,962 |

See notes to consolidated financial statements.

30

# PRINCIPAL LIFE INSURANCE COMPANY
# U.S. PROPERTY SEPARATE ACCOUNT

## CONSOLIDATED SCHEDULE OF INVESTMENTS
## DECEMBER 31, 2004

| | Fair Value |
|---|---|
| REAL ESTATE - 93.6% | |
| United States: | |
| Total office - 23.0% (cost $827,443,738) | $824,577,321 |
| Total land - 0.2% (cost $5,505,675) | 5,505,772 |
| Total retail - 24.3% (cost $754,985,906) | 872,465,413 |
| Total industrial - 21.5% (cost $708,385,757) | 772,951,304 |
| Total multi-family - 24.6% (cost $778,496,979) | 884,271,190 |
| | |
| Total investments in real estate (cost $3,074,818,055) | 3,359,771,000 |
| | |
| INVESTMENTS IN REAL ESTATE JOINT VENTURE - 2.4% | |
| United States: | |
| Total office - 2.4% (cost $85,047,000) | 85,146,926 |
| | |
| SHORT TERM INVESTMENTS - 4.0% | |
| United States: | |
| Commercial paper - 0.5% (cost $18,300,000) | 18,300,000 |
| Money market institutional fund - 3.5% (cost $127,336,503) | 127,336,503 |
| | |
| Total short term investments (cost $145,636,503) | 145,636,503 |
| | |
| Total investment at fair value (cost $3,305,501,558) | $3,590,554,429 |

See notes to consolidated financial statements.

D-ERISA-000032

## PRINCIPAL LIFE INSURANCE COMPANY
## U.S. PROPERTY SEPARATE ACCOUNT

### CONSOLIDATED STATEMENTS OF OPERATIONS
### FOR THE YEARS ENDED DECEMBER 31, 2004 AND 2003

| | 2004 | 2003 |
|---|---|---|
| INVESTMENT INCOME: | | |
| Rental and other income | $289,115,964 | $204,516,385 |
| Real estate taxes | (40,263,541) | (30,171,545) |
| Other operating expenses | (73,153,324) | (51,760,101) |
| Net operating income from real estate | 175,699,099 | 122,584,739 |
| Distributions from investment in real estate joint venture | 1,165,391 | - |
| Interest income on short term investments | 294,555 | 394,337 |
| Total investment income | 177,159,045 | 122,979,076 |
| EXPENSES: | | |
| Interest expense | 26,046,929 | 20,400,487 |
| Account management fees | 27,814,928 | 18,803,935 |
| Professional and other fees | 4,533,324 | 3,230,227 |
| Total expenses | 58,395,181 | 42,434,649 |
| NET INVESTMENT INCOME | 118,763,864 | 80,544,427 |
| REALIZED AND UNREALIZED GAIN ON INVESTMENTS: | | |
| Net proceeds from investment sales | 133,570,824 | 185,695,713 |
| Cost of investments sold | (113,703,399) | (185,104,121) |
| Realization of prior period unrealized loss on investments sold | 2,051,972 | 6,539,800 |
| Net gain realized from investment sales | 21,919,397 | 7,131,392 |
| Unrealized gain on investments | 171,959,159 | 42,873,339 |
| NET REALIZED AND UNREALIZED GAIN ON INVESTMENTS | 193,878,556 | 50,004,731 |
| NET INCREASE IN NET ASSETS RESULTING FROM OPERATIONS | $312,642,420 | $130,549,158 |

See notes to consolidated financial statements.

D-ERISA-000033

## PRINCIPAL LIFE INSURANCE COMPANY
## U.S. PROPERTY SEPARATE ACCOUNT

### CONSOLIDATED STATEMENTS OF CHANGES IN NET ASSETS
### FOR THE YEARS ENDED DECEMBER 31, 2004 AND 2003

|  | 2004 | 2003 |
|---|---|---|
| NET INCREASE IN NET ASSETS RESULTING FROM OPERATIONS: |  |  |
| Net investment income | $118,763,864 | $80,544,427 |
| Net gain realized from investment sales | 21,919,397 | 7,131,392 |
| Unrealized gain on investments | 171,959,159 | 42,873,339 |
| Net increase in net assets resulting from operations | 312,642,420 | 130,549,158 |
| NET INCREASE IN NET ASSETS RESULTING FROM CAPITAL TRANSACTIONS: |  |  |
| Net contractholder contributions | 774,199,534 | 510,986,251 |
| INCREASE IN NET ASSETS | 1,086,841,954 | 641,535,409 |
| NET ASSETS AT BEGINNING OF YEAR | 2,019,285,962 | 1,377,750,553 |
| NET ASSETS AT END OF YEAR | $3,106,127,916 | $2,019,285,962 |

See notes to consolidated financial statements.

D-ERISA-000034

## PRINCIPAL LIFE INSURANCE COMPANY
## U.S. PROPERTY SEPARATE ACCOUNT

### CONSOLIDATED STATEMENTS OF CASH FLOWS
### FOR THE YEARS ENDED DECEMBER 31, 2004 AND 2003

|  | 2004 | 2003 |
|---|---|---|
| CASH FLOWS FROM OPERATING ACTIVITIES: |  |  |
| Net increase in net assets resulting from operations | $312,642,420 | $130,549,158 |
| Adjustment to reconcile net increase in net assets resulting from operations to net cash provided by operating activities: |  |  |
| Net realized and unrealized gain on investments | (193,913,027) | (50,004,731) |
| Minority interest | 24,940,291 | 4,841,049 |
| Equity earnings of real estate joint venture | (1,265,317) | - |
| Changes in: |  |  |
| Accrued investment income and other assets | (11,668,309) | (1,494,160) |
| Accounts payable and accrued expenses | 17,461,223 | 5,896,713 |
| Accrued property taxes | 6,167,922 | 2,964,760 |
| Security deposits | 2,140,153 | 2,328,879 |
| Total adjustments | (156,137,064) | (35,467,490) |
| Net cash provided by operating activities | 156,505,356 | 95,081,668 |
| CASH FLOWS FROM INVESTING ACTIVITIES: |  |  |
| Net proceeds from investment sales | 133,570,824 | 185,695,713 |
| Purchases of real estate investments and improvements | (817,754,197) | (706,983,883) |
| Purchase of investment in real estate joint venture | (85,047,000) | - |
| Distributions from investment in real estate joint venture | 1,165,391 | - |
| Net change in short term investments | (97,145,527) | (25,160,754) |
| Net cash used in investing activities | (865,210,509) | (546,448,924) |
| CASH FLOWS FROM FINANCING ACTIVITIES: |  |  |
| Repayments of long-term debt | (63,548,054) | (59,618,995) |
| Issuance of long-term debt | 8,012,000 | - |
| Net contractholder contributions | 774,199,534 | 510,986,251 |
| Net cash provided by financing activities | 718,663,480 | 451,367,256 |
| NET CHANGE IN CASH | 9,958,327 | - |
| CASH, BEGINNING OF YEAR | - | - |
| CASH, END OF YEAR | $9,958,327 | - |
| SUPPLEMENTAL DISCLOSURE OF CASH PAID FOR INTEREST | $25,403,706 | $19,996,427 |

SUPPLEMENTAL DISCLOSURE OF NONCASH FINANCING ACTIVITIES:

The Company assumed mortgages payable of $71,068,600 in 2004 and $161,699,226 in 2003 in connection with the purchase of real estate investments.

See notes to consolidated financial statements.

34

## PRINCIPAL LIFE INSURANCE COMPANY
## U.S. PROPERTY SEPARATE ACCOUNT

### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
### FOR THE YEARS ENDED DECEMBER 31, 2004 AND 2003

**1. ORGANIZATION AND SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

**General** – Principal Life Insurance Company U.S. Property Separate Account ("USPSA") is an open-end, commingled real estate account and a separate account of Principal Life Insurance Company ("Principal Life") established in 1982 in accordance with the provisions of the State of Iowa insurance laws.  Pursuant to such laws, the net assets of USPSA are not chargeable with liabilities arising out of any business of Principal Life.  Participation in USPSA is available through the purchase of certain group contracts and policies issued by Principal Life.  The investment advisor is Principal Real Estate Investors ("Principal Real Estate"), a wholly owned subsidiary of Principal Life.

**Change in Accounting** – Prior to January 1, 2004, USPSA followed the Real Estate Information Standards ("REIS") together with the concepts from the REIS Market Value Accounting and Reporting Standards, including the National Council of Real Estate Investment Fiduciaries ("NCREIF") "Market Value Accounting Policy Manual", which is an integral part of REIS, (collectively referred to as the "NCREIF Standards") for guidance on the application of accounting principles generally accepted in the United States of America ("GAAP") to its financial statements.

During 2002, the Accounting Standards Executive Committee ("AcSEC") issued an exposure draft of a proposed Statement of Position, "Clarification of the Scope of the Audit and Accounting Guide Audits of Investment Companies and Accounting by Parent Funds and Equity Method Investors for Investments in Investment Funds" (the "SOP").  The SOP clarified the applicability of the American Institute of Certified Public Accountants ("AICPA") Audit and Accounting Guide "Audits of Investment Companies" ("Investment Company Guide").

At its September 2003 meeting, AcSEC approved for final issuance the SOP, subject to Financial Accounting Standards Board ("FASB") clearance. At its June 15, 2004 meeting, the FASB did not object to issuance of the SOP, subject to certain revisions. The final SOP is expected to be issued in 2005.

Prior to the scope clarification, real estate industry reporting standards followed NCREIF Standards.  With the scope clarification real estate industry practice changed to follow the standards of the Investment Company Guide.  USPSA believes that the change to the Investment Company Guide more accurately reports USPSA's results comparably with its industry peers.  USPSA adopted the SOP effective January 1, 2004.

As USPSA had not previously followed the provisions of the Investment Company Guide and meets the investment company conditions in the SOP, USPSA is permitted to adopt the provisions of the SOP as a cumulative effect of an accounting change in conformity with Accounting Principles Board Opinion No. 20, "Accounting Changes."  The cumulative effect of the adoption of the Investment Company Guide was immaterial.

D-ERISA-000036

## PRINCIPAL LIFE INSURANCE COMPANY
## U.S. PROPERTY SEPARATE ACCOUNT

The principal differences between the Investment Company Guide and NCREIF Standards are that, under the Investment Company Guide, debt is stated at amounts payable net of any premium or discount and certain additional disclosures such as the consolidated schedule of investments and the presentation of financial highlights are required.  The pro forma effect of the accounting change on net increase in net assets resulting from operations as previously reported for 2003 was immaterial.

**Real Estate Investments** – Real estate investments are stated at estimated fair value.  An independent consultant (the "Valuation Consultant") selected by Principal Real Estate Investors, LLC oversees and administers the appraisal process for USPSA.  Appraisals are performed for each investment annually by independent third party MAI certified appraisers with all appraisals being performed in accordance with the Uniform Standard of Professional Appraisal Practice.  The appraised values are updated on a monthly basis by the Valuation Consultant based on changes in factors such as occupancy levels, lease rates, overall market conditions and capital improvements. Determination of estimated fair value involves subjective judgment because the actual fair value of real estate can be determined only by negotiation between the parties in a sales transaction.  Sale transactions are accounted for using the full accrual method in accordance with Statement of Financial Accounting Standards No. 66, "Accounting for Sales of Real Estate."  All costs incurred to complete the sales of the properties are included in the computations of the gain or loss on sale. USPSA does not record depreciation.

Included in real estate investments are real estate investments under development which are stated at estimated fair value as determined by management.  Upon completion and stabilization of occupancy, the property is appraised externally.

**Real Estate Improvements** – Amounts expended in connection with acquisitions, physical improvements and other capital expenditures, are capitalized as part of the cost of real estate investments. Maintenance and repair expenses are charged to operations as incurred.

**Investment in Real Estate Joint Venture** - Investments in real estate joint venture is comprised of a joint venture which USPSA does not control, but over which it has significant influence. The investment is included in the consolidated statements of assets and liabilities at USPSA's 49% ratable share of the estimated fair value of the underlying assets and liabilities of the joint venture.  USPSA's ratable share of the change in the fair value of the joint venture is reported in net unrealized gain on investments in the accompanying consolidated statements of operations.  Distributions from the joint venture are recorded on the ex-dividend date and are reported as distributions from investment in real estate joint venture in the accompanying consolidated statements of operations.

D-ERISA-000037

## PRINCIPAL LIFE INSURANCE COMPANY
## U.S. PROPERTY SEPARATE ACCOUNT

**Deferred Costs** – Leasing costs paid to third parties to obtain tenants and financing costs to secure long-term borrowings are capitalized as a component of the cost of real estate investments. The cost of real estate investments presented in the accompanying consolidated statements of assets and liabilities includes approximately $41,000,000 and $29,000,000 of such deferred costs at December 31, 2004 and 2003, respectively. The fund does not record amortization.

**Cash** – For purposes of the consolidated statements of cash flows, cash includes cash on hand and demand deposit accounts.

**Fair Value Disclosures** – The fair value of long-term debt is based on the present value of estimated cash flows and prevailing interest rates for borrowings with similar risk and terms. The carrying value of long-term debt approximates its fair value. The carrying value of the line of credit approximates its fair value as the interest rate is adjusted with changes in market interest rates.

**Minority Interest** – USPSA has entered into joint development relationships with other investors to acquire and develop real estate properties. USPSA is the majority owner in such projects and has control over decision-making. Accordingly, the underlying assets and liabilities of the projects are consolidated into USPSA's financial statements, with the external investors' net share of such reflected as minority interest.

**Revenue Recognition** – Rental income is recognized as income when earned in accordance with the terms of the respective leases. Reimbursements from tenants for common area costs are recognized monthly based on an estimate of annual costs, subject to periodic adjustments to reflect actual costs.

**Income Taxes** – According to current provisions of the Internal Revenue Code pertaining to tax qualified separate accounts, no income taxes are attributable to the activities of USPSA. As a result, income taxes are not reflected in the accompanying consolidated financial statements.

**Use of Estimates** – The preparation of the consolidated financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities, disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from these estimates.

**Reclassification** – Certain amounts have been reclassified in the 2003 presentation to conform with the 2004 presentation.

37

## PRINCIPAL LIFE INSURANCE COMPANY
## U.S. PROPERTY SEPARATE ACCOUNT

**2. INVESTMENT MANAGEMENT FEES**

Principal Life charges USPSA annual management fees based upon its net assets, with such fees deducted daily.  These fees totaled $27,814,928 and $18,803,935 in 2004 and 2003, respectively.

**3. INVESTMENT COMMITMENTS**

As of December 31, 2004, USPSA had outstanding commitments to purchase three properties for approximately $69,500,000.  The properties will be under construction in 2005 with USPSA agreeing to purchase the completed development subject to attaining certain development and leasing thresholds.  It is anticipated that USPSA will acquire these properties in 2005 and 2006.

There were no outstanding commitments to sell property as of December 31, 2004.

**4.  LONG-TERM DEBT**

**Mortgage Notes Payable** – Mortgage notes payable totaled $240,762,015 and $224,163,094 as of December 31, 2004 and 2003, respectively.  These notes mature between 2005 and 2028 with fixed and variable interest rates ranging from 1.99% to 8.30% at December 31, 2004.  The notes are collateralized by mortgages on real property and all rents and profits of the underlying properties.

**Notes Payable** – Notes payable totaled $110,000,000 as of December 31, 2004 and 2003.  These notes mature at $45,000,000 in 2007 and $65,000,000 in 2011.  Interest accrues at fixed interest rates of 5.96% and 6.60%, respectively.  The note agreements contain financial and non-financial covenants, including requirements regarding net assets, leverage ratio, debt service coverage ratio and unencumbered assets.  USPSA was in compliance with all covenants as of December 31, 2004.

**Assessments** – Assessments consist of amounts owed to the City of Pleasanton, California, City of Tempe, Arizona and to the City of New York, New York.  The assessments totaled $74,886,241 and $75,852,616 as of December 31, 2004 and 2003, respectively.  These assessments mature between 2007 and 2032 with fixed and variable interest rates ranging from 1.25% to 7.33% as of December 31, 2004.  The assessments are recorded as liens on real property.

As of December 31, 2004 aggregate contractual maturities of long-term debt were as follows:

| Year ending December 31, | |
|---|---|
| 2005 | $101,472,569 |
| 2006 | 11,908,757 |
| 2007 | 85,038,083 |
| 2008 | 62,351,600 |
| 2009 | 10,593,323 |
| Thereafter | 154,283,924 |
| **Total** | **$425,648,256** |

D-ERISA-000039

# PRINCIPAL LIFE INSURANCE COMPANY
# U.S. PROPERTY SEPARATE ACCOUNT

### 5. LINE OF CREDIT AND LETTER OF CREDIT

USPSA maintains an unsecured line of credit with Wachovia Bank, N.A. Maximum availability under this line of credit was $200,000,000 (reduced to $187,000,000 by the letter of credit described below) of which $0 was outstanding at December 31, 2004. Interest on outstanding borrowings accrues at LIBOR plus .65% (3.05% at December 31, 2004). Additionally, USPSA pays a quarterly commitment fee of .15% per year, based on the total amount of the line of credit.

The line of credit with Wachovia Bank, N.A. includes a $100,000,000 letter of credit sub facility. At December 31, 2004, there was a letter of credit issued with a maximum availability of $13,000,000 of which $0 was outstanding. Interest on outstanding borrowings accrues interest at LIBOR plus .65% (3.05% at December 31, 2004). Additionally, USPSA pays an unused commitment fee of .65% per year, based on the unused amount of the letter of credit. The letter of credit expires November 12, 2005.

The line of credit agreement contains financial and non-financial covenants, including requirements regarding net assets, leverage ratio, debt service coverage ratio and unencumbered assets. USPSA was in compliance with all covenants as of December 31, 2004.

### 6. TENANT LEASES

USPSA leases space to tenants under operating lease agreements. These agreements include renewal options and expire at various dates. At December 31, 2004, future minimum base rentals on non-cancelable leases related to USPSA's properties were as follows:

| Year ending December 31, | |
|---|---|
| 2005 | $200,115,483 |
| 2006 | 183,556,940 |
| 2007 | 155,863,294 |
| 2008 | 129,336,780 |
| 2009 | 99,727,017 |
| Thereafter | 341,368,112 |
| **Total** | **$1,109,967,626** |

The above future minimum base rental payments exclude residential lease agreements that accounted for approximately 24.6% of USPSA's annual rental income for the year ended December 31, 2004. Rental income for the year ended December 31, 2004 and 2003 included approximately $43,415,000 and $31,150,000, respectively, recovered from tenants for common area and other reimbursable costs.

D-ERISA-000040

# PRINCIPAL LIFE INSURANCE COMPANY
# U.S. PROPERTY SEPARATE ACCOUNT

**7. REAL ESTATE JOINT VENTURE**

A summary of the financial information for the joint venture is as follows:

ASSETS:

| | |
|---|---|
| Investment in real estate at estimated fair value | $443,300,000 |
| Other assets | 32,502,362 |
| Total assets | $475,802,362 |

LIABILITIES AND EQUITY

LIABILITIES:

| | |
|---|---|
| Long-term debt | $282,000,000 |
| Other liabilities | 15,133,430 |
| Total liabilities | 297,133,430 |

EQUITY:

| | |
|---|---|
| Partners' equity | 173,768,932 |
| Preferred stock | 4,900,000 |
| Total equity | 178,668,932 |
| Total liabilities and equity | $475,802,362 |

| | |
|---|---|
| Revenue | $20,582,624 |
| Expenses | (17,920,868) |
| Unrealized loss | (79,476) |
| Net income | $2,582,280 |

D-ERISA-000041

## PRINCIPAL LIFE INSURANCE COMPANY
## U.S. PROPERTY SEPARATE ACCOUNT

### 8. FINANCIAL HIGHLIGHTS

| | Nonprovider | | PGI>$25 Million | | Provider | | SIP <$25 Mil no comm. | |
|---|---|---|---|---|---|---|---|---|
| | 2004 | 2003 | 2004 | 2003 | 2004 | 2003 | 2004 | 2003 |
| **Per Share Operating Performance** | | | | | | | | |
| Net asset value, beginning of period | $414.51 | $382.89 | $18.87 | $17.40 | $224.99 | $210.50 | $18.78 | $17.37 |
| | | | | | | | | |
| Income from investment operations: | | | | | | | | |
| Net investment income | 20.43 | 19.41 | 0.98 | 0.91 | 7.84 | 7.79 | 0.90 | 0.85 |
| Net realized and unrealized gain | 31.47 | 12.21 | 1.43 | 0.56 | 16.98 | 6.70 | 1.42 | 0.56 |
| Total from investment operations | 51.90 | 31.62 | 2.41 | 1.47 | 24.82 | 14.49 | 2.32 | 1.41 |
| | | | | | | | | |
| Net asset value, end of period | $466.41 | $414.51 | $21.28 | $18.87 | $249.81 | $224.99 | $21.10 | $18.78 |
| | | | | | | | | |
| **Total Return** | **12.52%** | **8.26%** | **12.75%** | **8.47%** | **11.03%** | **6.88%** | **12.35%** | **8.09%** |
| | | | | | | | | |
| | | | | | | | | (continued) |

| | Client A | | FIA Advisors Select | | Retirement Accum. Contract | | FIA Signature | |
|---|---|---|---|---|---|---|---|---|
| | 2004 | 2003 | 2004 | 2003 | 2004 | 2003 | 2004 | 2003 |
| **Per Share Operating Performance** | | | | | | | | |
| Net asset value, beginning of period | $419.16 | $386.03 | $366.77 | $340.70 | $18.73 | $17.32 | $388.20 | $359.67 |
| | | | | | | | | |
| Income from investment operations: | | | | | | | | |
| Net investment income | 22.03 | 20.80 | 15.74 | 15.21 | 0.89 | 0.86 | 17.86 | 17.04 |
| Net realized and unrealized gain | 31.88 | 12.33 | 27.79 | 10.86 | 1.42 | 0.55 | 29.45 | 11.49 |
| Total from investment operations | 53.91 | 33.13 | 43.53 | 26.07 | 2.31 | 1.41 | 47.31 | 28.53 |
| | | | | | | | | |
| Net asset value, end of period | $473.07 | $419.16 | $410.30 | $366.77 | $21.04 | $18.73 | $435.51 | $388.20 |
| | | | | | | | | |
| **Total Return** | **12.86%** | **8.58%** | **11.87%** | **7.65%** | **12.35%** | **8.09%** | **12.19%** | **7.93%** |
| | | | | | | | | |
| | | | | | | | | (continued) |

41

D-ERISA-000042

# PRINCIPAL LIFE INSURANCE COMPANY
# U.S. PROPERTY SEPARATE ACCOUNT

| | FIA Select | | FIA Preferred | | FIA Advisors Signature | | FIA Advisors Preferred | |
|---|---|---|---|---|---|---|---|---|
| | 2004 | 2003 | 2004 | 2003 | 2004 | 2003 | 2004 | 2003 |
| **Per Share Operating Performance** | | | | | | | | |
| Net asset value, beginning of period | $401.13 | $371.10 | $405.55 | $374.99 | $354.26 | $329.61 | $375.90 | $348.77 |
| | | | | | | | | |
| Income from investment operations: | | | | | | | | |
| Net investment income | 18.86 | 18.17 | 19.51 | 18.57 | 14.68 | 14.17 | 16.82 | 16.02 |
| Net realized and unrealized gain | 30.46 | 11.86 | 30.81 | 11.99 | 26.82 | 10.48 | 28.49 | 11.11 |
| Total from investment operations | 49.32 | 30.03 | 50.32 | 30.56 | 41.50 | 24.65 | 45.31 | 27.13 |
| | | | | | | | | |
| Net asset value, end of period | $450.45 | $401.13 | $455.87 | $405.55 | $395.76 | $354.26 | $421.21 | $375.90 |
| | | | | | | | | |
| **Total Return** | **12.29%** | **8.09%** | **12.41%** | **8.15%** | **11.71%** | **7.48%** | **12.05%** | **7.78%** |
| | | | | | | | | (continued) |

| | PGI>$10 <=$25 Million | | PGI<= $10 Million | | Pre 2002 Nonpro | | Client B | |
|---|---|---|---|---|---|---|---|---|
| | 2004 | 2003 | 2004 | 2003 | 2004 | 2003 | 2004 | 2003 |
| **Per Share Operating Performance** | | | | | | | | |
| Net asset value, beginning of period | $18.86 | $17.39 | $18.83 | $17.38 | $414.97 | $382.94 | $18.84 | $17.38 |
| | | | | | | | | |
| Income from investment operations: | | | | | | | | |
| Net investment income | 0.96 | 0.91 | 0.94 | 0.89 | 20.89 | 19.79 | 0.96 | 0.90 |
| Net realized and unrealized gain | 1.43 | 0.56 | 1.43 | 0.56 | 31.54 | 12.24 | 1.43 | 0.56 |
| Total from investment operations | 2.39 | 1.47 | 2.37 | 1.45 | 52.43 | 32.03 | 2.39 | 1.46 |
| | | | | | | | | |
| Net asset value, end of period | $21.25 | $18.86 | $21.20 | $18.83 | $467.40 | $414.97 | $21.23 | $18.84 |
| | | | | | | | | |
| **Total Return** | **12.69%** | **8.42%** | **12.58%** | **8.31%** | **12.63%** | **8.36%** | **12.69%** | **8.35%** |
| | | | | | | | | (concluded) |

D-ERISA-000043

## PRINCIPAL LIFE INSURANCE COMPANY
## U.S. PROPERTY SEPARATE ACCOUNT

| FUND LEVEL SUPPLEMENTAL DATA | 2004 | 2003 |
|---|---|---|
| | | |
| Net assets, end of period | $3,106,127,916 | $2,019,285,962 |
| | | |
| Ratio to average net assets: | | |
| Expenses | 1.23% | 1.68% |
| Net investment income | 4.80% | 4.92% |
| | | |
| Portfolio turnover rates | 5.17% | 11.13% |
| | | |

\* \* \* \* \* \*

D-ERISA-000044



SAGESTONE AT ARROWHEAD
PHOENIX, AZ

44

D-ERISA-000045



801 Grand Avenue
Des Moines, Iowa
50392-0490
800-533-1390

www.principalglobal.com/RESA

www.principalglobal.com

**Principal**
Global
Investors

A member of the Principal Financial Group®.

D-ERISA-000046