RECEIVED

11 JAN 31  AM 10: 32

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| IN RE PRINCIPAL U.S. PROPERTY ACCOUNT ERISA LITIGATION | Case No. 4:10-cv-00198-RP-TJS<br><br>CLASS ACTION |
| This Document Relates To:<br><br>All Actions. | |

## ORDER

Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED that Defendant Principal Financial Group, Inc., is dismissed from this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

*Robert W. Pratt*
_____
THE HONORABLE ROBERT W. PRATT
UNITED STATES DISTRICT COURT

1