**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| IN RE PRINCIPAL U.S. PROPERTY ACCOUNT ERISA LITIGATION | Case No.  4:10-cv-00198-RP-TJS |
| | CLASS ACTION |
| This Document Relates To:<br><br>     All Actions. | |

**PLAINTIFF HEINZ ROSEN'S MOTION AND PROPOSED ORDER FOR
WITHDRAWAL AS A NAMED PLAINTIFF**

Plaintiff, HEINZ ROSEN, respectfully moves this court to withdraw as a named plaintiff in this action.  This request is not intended to and shall not prejudice the rights of the other named plaintiffs remaining in the action who are committed to seeing this action through to its conclusion. Furthermore, such a withdrawal will not delay the litigation.  Accordingly, Mr. Rosen respectfully requests he be withdrawn as a named plaintiff in this action, reserving his right as a member of any class that may be certified in this action.  The parties met and conferred on March 29, 2012, at which time Defendants represented that they do not oppose Mr. Rosen's motion to withdraw and will seek no further discovery from Mr. Rosen.

Dated:  April 12, 2012                    Respectfully submitted,

                                          By:/s/ Cari C. Laufenberg
                                             Derek W. Loeser (DL-6712)
                                             Lynn L. Sarko (LS-3700)
                                             Cari Campen Laufenberg (CCL-5571)
                                             KELLER ROHRBACK L.L.P.
                                             1201 Third Avenue, Suite 3200
                                             Seattle, Washington 98101
                                             Telephone: (206) 623-1900
                                             Facsimile: (206) 623-3384
                                             dloeser@kellerrohrback.com
                                             lsarko@kellerrohrback.com

claufenberg@kellerrohrback.com

KELLER ROHRBACK P.L.C.
Ron Kilgard (RK-7139)
Gary A. Gotto (GG-5640)
James A. Bloom (JB-6257)
3101 N. Central Ave., Suite 1400
Phoenix, Arizona  85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
rkilgard@kellerrohrback.com
ggotto@kellerrohrback.com
jbloom@kellerrohrback.com

*Interim Lead Counsel for Plaintiffs*

David Harris Goldman
dgoldman@babichlaw.com
Kodi Ann Brotherson
kbrotherson@babichlaw.com
Michael J. Carroll
mcarroll@babichlaw.com
BABICH GOLDMAN CASHATT & RENZO PC
100 COURT AVE, STE 403
DES MOINES, IA 50309-2296
Telephone: (515) 244-4300
Facsimile:  (515) 244-2650

*Local Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Cari C. Laufenberg, hereby certify that on April 12, 2012 a copy of  PLAINTIFF HEINZ

ROSEN'S MOTION AND PROPOSED ORDER FOR WITHDRAWAL AS A NAMED

PLAINTIFF was filed electronically, and is being served electronically this date upon all involved

parties participating in the Court's electronic filing system or first-class mail, postage pre-paid.

Dated:  April 12, 2012

By  /s/ Cari C. Laufenberg
Cari C. Laufenberg