UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| IN RE PRINCIPAL U.S. PROPERTY ACCOUNT ERISA LITIGATION | |
| This Document Relates To:<br><br>All Actions. | MASTER FILE NO.: 4:10-cv-00198-RP-TJS |

**DEFENDANTS' UNOPPOSED MOTION *INSTANTER* TO EXCEED PAGE LIMIT
FOR RESPONSE IN OPPOSITION TO
PLAINTIFFS' CORRECTED MOTION FOR CLASS CERTIFICATION**

Defendants Principal Global Investors, LLC; Principal Life Insurance Company; Principal Management Company; Principal Real Estate Investors, LLC; and John Does 1-20 (collectively "Defendants") respectfully move for leave to submit *instanter* a response in opposition to Plaintiffs' Corrected Motion for Class Certification in excess of the page limits set forth in Local Rule 7(h). In support of their motion, Defendants state the following:

1. On December 12, 2011, Plaintiffs filed their Corrected Motion for Class Certification ("Plaintiffs' Motion") (Dkt. 111).

2. Pursuant to this Court's Order (Dkt. 140) dated April 11, 2012, Defendants' response papers to Plaintiffs' Motion are due on September 14, 2012.

3. Defendants anticipate that due to the scope and complexity of the issues before the Court their opposition brief will exceed the 20-page limit set forth in Local Rule 7(h). Plaintiffs' Motion raises complicated legal and factual issues related to the management of the Principal U.S. Property Separate Account (the "Property Account"), a complex and unique investment option selected by thousands of 401(k) plans and their participants nationwide. Plaintiffs seek to represent a class of over 145,000 individual participants in over 13,000 401(k)

plans that invested in the Property Account.  Moreover, Defendants' opposition must address the unique factual circumstances of the eight named Plaintiffs, each of whom made different decisions at different times regarding his or her Property Account investment.

4. In order to present a brief that adequately addresses the complex legal and factual issues Plaintiffs' Motion raises, Defendants respectfully request permission to file an opposition brief that does not exceed 40 pages in length.  Defendants believe that the additional page length will help the Court's disposition of the matters at issue and will assist in the administration of justice.

5. In accordance with Local Rule 7(h), a redacted version of Defendants' opposition is attached to this Motion.  Defendants have attached a redacted version because portions of the opposition contain Plaintiffs' personal financial information, which constitutes Confidential Information under the Stipulation and Order for the Production and Exchange of Confidential Information (Dkts. 60, 71).  The Court granted Defendants' motion for leave to file this information under seal.  (*See* Dkt. 156).  Accordingly, an unredacted version of the brief will be filed under seal.

6. In compliance with Local Rule 7(l), Defendants' counsel conferred with Plaintiffs' counsel regarding this Motion.  Plaintiffs' counsel does not object to Defendants' request for leave to file a 40-page opposition brief.  Defendants' counsel similarly does not object to an expansion of the page limit for Plaintiffs' reply.

WHEREFORE, for the reasons set forth herein, Defendants respectfully request that this Court grant them leave to file a response in opposition to Plaintiffs' Corrected Motion for Class Certification in excess of the page limits but not to exceed 40 pages in length.

Dated:  September 14, 2012                                        Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Gregory C. Braden*
Gregory C. Braden (admitted *pro hac vice*)
gbraden@morganlewis.com
Sean K. McMahan (admitted *pro hac vice*)
smcmahan@morganlewis.com
1111 Pennsylvania Avenue NW
Washington, DC  20004
Tel: (202) 739-3000
Fax: (202) 739-3001

Deborah S. Davidson (admitted *pro hac vice*)
ddavidson@morganlewis.com
77 West Wacker Drive
Chicago, IL  60601-5094
Tel: (312) 324-1000
Fax: (312) 324-1001

Nicole Diller (admitted *pro hac vice*)
ndiller@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105
Tel: (415) 442-1000
Fax: (415) 442-1001

WHITFIELD & EDDY P.L.C.

Brian L. Campbell, AT0001361
campbell@whitfieldlaw.com
317 Sixth Ave., Suite 1200
Des Moines, IA  50309-8002
Tel: (515) 246-5503
Fax: (515) 246-1474

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Gregory C. Braden, hereby certify that on September 14, 2012, a copy of DEFENDANTS' UNOPPOSED MOTION INSTANTER TO EXCEED PAGE LIMIT FOR RESPONSE IN OPPOSITION TO PLAINTIFFS' CORRECTED MOTION FOR CLASS CERTIFICATION was filed electronically and is being served electronically this date upon all involved parties participating in the Court's electronic filing system.

*/s/ Gregory C. Braden*
Gregory C. Braden (admitted *pro hac vice*)
gbraden@morganlewis.com