# Exhibit 28

# SEALED DOCUMENT

**DESIGNATED CONFIDENTIAL PURSUANT TO STIPULATION AND ORDER FOR THE PRODUCTION AND EXCHANGE OF CONFIDENTIAL INFORMATION (DKT. 68, 71) ENTERED JUNE 1 and 2, 2010**