**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| IN RE PRINCIPAL U.S. PROPERTY ACCOUNT ERISA LITIGATION<br><br>This Document Relates To:<br><br>      All Actions. | MASTER FILE NO.: 4:10-cv-00198-JEG-TJS |

**SHANNON M. CALLAHAN'S MOTION FOR ADMISSION PRO HAC VICE**

COMES NOW Shannon M. Callahan, a lawyer who is not a member of the bar of this district, and moves to appear in this case pro hac vice on behalf of the Defendants Principal Global Investors, LLC; Principal Life Insurance Company; Principal Management Company; Principal Real Estate Investors, LLC; and John Does 1-20 (collectively "Defendants"). Ms. Callahan states that she is a member in good standing of the bar for the State of Illinois and the United States District Courts for the Northern and Central Districts of Illinois, and the United States Courts of Appeals for the Seventh Circuit. She agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

Ms. Callahan further states she will comply with the associate counsel requirements of LR 83.1.d.4 by associating with Brian L. Campbell (AT0001361), an attorney who has been admitted to the bar of this district under LR 83.1.b and c and who has entered an appearance in this case.

Ms. Callahan states she can be contacted at the following location:

>Morgan, Lewis & Bockius LLP
>
>77 West Wacker Drive, Fifth Floor
>
>Chicago, Illinois 60601
>
>Tel: 312.324.1000
>
>Fax: 312.324.1001
>
>Email: scallahan@morganlewis.com

| | |
|---|---|
| Dated: September 25, 2012 | WHITFIELD & EDDY P.L.C. |
| | |
| | */s/ Brian L. Campbell* |
| | Brian L. Campbell, AT0001361 |
| | campbell@whitfieldlaw.com |
| | 317 Sixth Ave., Suite 1200 |
| | Des Moines, IA 50309-8002 |
| | Telephone: (515) 246-5503 |
| | Fax: (515) 246-1474 |
| | |
| | ATTORNEY FOR DEFENDANTS |

**CERTIFICATE OF SERVICE**

    I, Brian L. Campbell, hereby certify that on September 25, 2012, a copy of SHANNON M. CALLAHAN'S MOTION FOR ADMISSION PRO HAC VICE was filed electronically, and is being served electronically this date upon all involved parties participating in the Court's electronic filing system or first-class mail, postage pre-paid.

Dated: September 25, 2012          WHITFIELD & EDDY P.L.C.

*/s/ Brian L. Campbell*
Brian L. Campbell, AT0001361
campbell@whitfieldlaw.com
317 Sixth Ave., Suite 1200
Des Moines, IA 50309-8002
Telephone: (515) 246-5503
Fax: (515) 246-1474