# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| Francisco Carpio,<br><br>      Plaintiff,<br><br>v.<br><br>Principal Global Investors LLC, et al.<br><br>      Defendants. | Case No.  4:10-cv-00198-JEG-HCA |

## JOINT REPORT REGARDING CASE STATUS

  Pursuant to the Court's Docket Text Order For Status Report of October 27, 2014 (Dkt. 281), the parties hereby report that counsel have resolved all outstanding issues and will have fully executed the material terms of settlement by December 12, 2014.  The parties propose that a stipulation voluntarily dismissing with prejudice the complaint and all claims against the Defendants pursuant to Fed. R. Civ. P. 41(a)(1) be submitted to the Court by December 12, 2014.

Dated: November 14, 2014        Respectfully submitted,

| s/ Cari C. Laufenberg | s/ Gregory C. Braden |
|---|---|
| Attorney for Plaintiffs:<br>Cari C. Laufenberg<br>claufenberg@kellerrohrback.com<br>Derek W. Loeser<br>dloeser@kellerrohrback.com<br>Margaret E. Wetherald<br>mwetherald@kellerrohrback.com<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA  98101-3052<br>Telephone: (206) 623-1900<br>Facsimile:  (206) 623-3384 | Attorney for Defendants:<br>Gregory C. Braden<br>gbraden@morganlewis.com<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Ave NW<br>Washington, DC 20004<br>Telephone:  (202) 739-3000<br>Facsimile: (202) 739-3001 |

| | |
|---|---|
| Gary A. Gotto<br>ggotto@krplc.com<br>James A. Bloom<br>jbloom@krplc.com<br>Ron Kilgard<br>rkilgard@krplc.com<br>KELLER ROHRBACK L.L.P.<br>3101 N. Central Ave., Suite 1400<br>Phoenix, Arizona  85012<br>Telephone: (602) 248-0088<br>Facsimile: (602) 248-2822<br><br>David Harris Goldman<br>dgoldman@babichgoldman.com<br>Kodi Ann Brotherson<br>kbrotherson@babichgoldman.com<br>Michael J. Carroll<br>mcarroll@babichgoldman.com<br>BABICH GOLDMAN PC<br>501 SW 7th St., Suite J<br>Des Moines, Iowa 50309<br>Telephone: (515) 244-4300<br>Facsimile:  (515) 244-2650<br><br>*Interim Lead Counsel for Plaintiffs*<br><br>Andrew E. Lencyk<br>alencyk@wolfpopper.com<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, NY 10022<br>Telephone:  (212) 759-4600<br><br>*Counsel for Plaintiffs Cruise and Carpio*<br><br>Jeffrey I. Carton<br>jcarton@denleacarton.com<br>Kerry Cunningham<br>kcunningham@denleacarton.com<br>DENLEA & CARTON<br>One North Broadway, 5th Floor<br>White Plains, NY 10601<br>Telephone: (914) 920-7400<br>Facsimile: (914) 761-1900<br><br>*Counsel for Plaintiff Jover* | Deborah Shannon Davidson<br>ddavidson@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>77 West Wacker Drive, 5th Floor<br>Chicago, IL 60601<br>Telephone: (312) 324-1159<br>Facsimile: (312) 324-1001<br><br>Nicole A. Diller<br>ndiller@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone:  (415) 442-1000 x1312<br>Facsimile: (415) 442-1001<br><br>Angel A. West<br>aaw@nyemaster.com<br>Matthew R. Eslick<br>mre@nyemaster.com<br>NYEMASTER GOODE, P.C.<br>700 Walnut Street, Suite 1600<br>Des Moines, IA 50309-3899<br>Telephone: (515) 283-3127<br>Facsimile: (515) 283-3108<br><br>*Attorneys for Defendants Principal Global Investors, LLC, Principal Financial Group, Inc., Principal Life Insurance Company, Principal Real Estate Investors, LLC* |

**CERTIFICATE OF SERVICE**

  I, Cari C. Laufenberg, hereby certify that on November 14, 2014 a copy of the JOINT REPORT REGARDING CASE STATUS was filed electronically, and is being served electronically this date upon all involved parties participating in the Court's electronic filing system or first-class mail, postage pre-paid.

  Dated:  November 14, 2014.

               By   s/ Cari C. Laufenberg
                 Cari C. Laufenberg